03-15-00703-CR

* JUDGE JACK ROBISON
207TH DISTRICT COURT OF HAYS COUNTY, TEXAS
NO: CR-13-0465     MIGUEL CARDIEL

RECEIVED
NOV 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TO WHOM IT MAY CONCERN:

In a jury trial I was found guilty of felony DWI (3rd degree).

I sent a letter last week stating that I want to appeal this conviction (4 nov 2015) and that didn't trust the lawyer I hired, AMBER VASQUEZ BODE, and that I will represent myself with my daughter's help.

In this jury trial I was misrepresented, better yet, not represented at all, since the lawyer left before the trial was over.

* On nov 13, 2015, friday the 13th, not less, I got a visit by His Highness, Charles De Leon, senior officer of Hays County Community supervision and Corrections Dept. AKA probation.

Under what I felt like intimidation, even after I told him that I was appealing the conviction, he made me sign probation papers. He said you have to sign anyway, I did.

this is the reason I don't Trust, AMBER VASQUEZ BODE: Mr Charles De Leon told me he didn't know anything about the lawyer filing for an appeal and motion to dismiss.

This, 9 days after she told me she had filed for an appeal and dismissal.

Another thing the judge said, my wife could take the interlock device off the truck so she can drive it.

All the lawyer has to do is come to San Marcos and get the order from the judge, as she was told on nov 4, 2015. She hasn't Done it yet, it costs $2.45 Per Day

My case is so full of errors and mistakes, I have saved all the paperwork to prove it.

Here is the most recent example:

Probation papers list Court Costs at       $615.00

Hays County Treasurers office    at       $635.00

Please, I beg of you, assign me a case appeal number, so I can prove I am Innocent.

Thank you for your Cooperation and assistance in this Matter

Sincerely
Miguel Cardiel

HAYS COUNTY JAIL
INMATE MAIL

AUSTIN TX 787

FOREVER
USA

Bank Swallow

MIGUEL CARDIEL
SO#200731 D1-4
HAYS COUNTY JAIL
1307 UHLAND RD
SAN MARCOS, TEXAS 78666

THIRD COURT OF APPEALS
209 W. 14TH STREET
AUSTIN, TEXAS 78709

78701151405